[No. 73563-2-I. Division One. February 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TIFFANY L. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02370-3, Hollis R. Hill, J., entered June 10, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 73904-2-I. Division One. February 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON EUGENE TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01727-2, Millie M. Judge, J., entered August 21, 2015. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach and Mann, JJ.

[No. 74015-6-I. Division One. February 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN FRANK ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04171-0, Catherine D. Shaffer, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 74433-0-I. Division One. February 27, 2017.]

SEATTLE CHILDREN'S HOSPITAL, *Respondent*, v. AMARJIT SANDHU ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-04622-5, Douglass A. North, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.